1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   PAUL NIVARD BEATON,                    Case No. 1:19-cv-01418 JDP

11                    Plaintiff,            ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
12          v.                              EASTERN DISTRICT OF CALIFORNIA

13   U.S. IMMIGRATION, *et al.*,

14                    Defendants.

15

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17   U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

18   In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

19   violations took place in Solano County, which is part of the Sacramento Division of the United

20   States District Court for the Eastern District of California. Therefore, the complaint should have

21   been filed in the Sacramento Division.

22          Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper

23   court may, on the court's own motion, be transferred to the proper court.  Therefore, I will

24   transfer this action to the Sacramento Division.  I will not rule on plaintiff's request to proceed in

25   forma pauperis.

26          It is hereby ordered that:

27

28
                                              1

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court

Eastern District of California

501 "I" Street, Suite 4-200

Sacramento, CA 95814

3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   October 11, 2019                                           
UNITED STATES MAGISTRATE JUDGE

No. 205