UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION, et al.,<br><br>Defendants. | No. 2:19-cv-02039-TLN-CKD<br><br>**ORDER** |

Plaintiff Paul Nivard Beaton ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) On June 8, 2020, Plaintiff filed Objections to the Findings and Recommendations. (ECF No. 18.)

This Court reviews *de novo* those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and

decides the motions on the applicable law. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Having carefully reviewed the entire file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Plaintiff's objections are argumentative but lacking in any factual or legal basis. As the Findings and Recommendations note, the magistrate judge provided Plaintiff instructions on how to amend his complaint to state a cognizable claim on multiple occasions. (*See* ECF No. 17 at 2.) Plaintiff's continued failure to identify any factual allegations in support of his claims, however, demonstrates that granting leave to amend a third time would be futile. *Gardner v. Marino*, 563 F.3d 981, 990 (9th Cir. 2009) (finding no abuse of discretion in denying leave to amend when amendment would be futile). Therefore, Plaintiff's objections are overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 28, 2020 (ECF No. 17), are adopted in full;

2. Plaintiff's Second Amended Complaint is DISMISSED for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: June 19, 2020

_____
Troy L. Nunley
United States District Judge